UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **NOTICE OF APPEARANCE AND** |
| | : | **REQUEST FOR ELECTRONIC** |
| - v. - | : | **NOTIFICATION_____** |
| | : | |
| VICTOR CHANI, | : | **S10 05 Cr. 523 (LTS)** |
|   a/k/a "Benaceur Chani," | : | |
| MOHAMED CHAFAI, | : | |
|   a/k/a "Simo," | : | |
| LARBI BENNIS, | : | |
| MUSTAPHA DAHOU, | : | |
| HASSAN BACHARY, | : | |
| AHMED CHOULLAM, and | : | |
| PAUL GALINSON, | : | |
| | : | |
|      Defendants. | : | |
| | : | |

- - - - - -- - - - - - - - - -x


TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to
note his appearance in this case and to add him as a Filing User to
whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
   Southern District of New York


by:  _____/s/_____
     Glen G. McGorty
     Assistant United States Attorney
     (212) 637-2505
     glen.mcgorty@usdoj.gov

TO:  All Defendants (By ECF)