```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA        :   NOTICE OF APPEARANCE AND
                                :   REQUEST FOR ELECTRONIC
         - v. -                 :   NOTIFICATION_____
                                :
VICTOR CHANI,                   :   S11 05 Cr. 523 (LTS)
   a/k/a "Benaceur Chani,"      :
MOHAMED CHAFAI,                 :
   a/k/a "Simo,"                :
LARBI BENNIS,                   :
MUSTAPHA DAHOU,                 :
HASSAN BACHARY,                 :
AHMED CHOULLAM, and             :
PAUL GALINSON,                  :
                                :
         Defendants.            :
                                :
- - - - - -- - - - - - - - - - -x
```

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                            Respectfully submitted,

                                            MICHAEL J. GARCIA
                                            United States Attorney for the
                                                Southern District of New York

                                  by:  _____/s/_____
                                        Margaret Garnett
                                        Assistant United States Attorney
                                        (212) 637-2520
                                        Margaret.Garnett@usdoj.gov

TO:   All Defendants (By ECF)