

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

        Plaintiff,

-v-                                            No. 05 Cr. 523 (LTS)

ABDUL AL-QUASSIM, OSMANE BOUHOUJ,
SABRI HACHANI, ZEV KESHET,
KHALID MESSAOUDI, and KHALID TROMEBATI,

        Defendants.

-------------------------------------------------------x

### ORDER

Sentencing dates and times are hereby scheduled for Defendants in the above-captioned action as follows:

| | | |
|---|---|---|
| Abdul Al-Quassim | August 19, 2008 | 2:00 p.m. |
| Osmane Bouhouj | August 19, 2008 | 3:00 p.m. |
| Sabry Hachani | August 20, 2008 | 10:00 a.m. |
| Zev Keshet | August 20, 2008 | 11:00 a.m. |
| Khalid Messaoudi | August 20, 2008 | 2:00 p.m. |
| Khalid Tromebati | August 20, 2008 | 3:00 p.m. |

Sentencing issues must be fully briefed, and sentencing submissions served, with courtesy copies provided for Chambers, no later than **August 11, 2008**. Any requests for expedited sentencing the may be made by contacting Government and Chambers.

The Court further directs that pre-sentence reports for the above-named defendants be prepared by the Probation Office.

        SO ORDERED.

Dated:     New York, New York
             April  , 2008

                                                     LAURA TAYLOR SWAIN
                                                     United States District Judge